UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA C. ALCARAZ,

    Plaintiff,

v.   Case No. 1:17-cv-255
    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED**.

Dated: March 27, 2018   /s/ Ray Kent
    United States Magistrate Judge